CLARA E. HAMMOND, Appellant,

*vs.*

FRANK I. HAMMOND *et als.*

Probate Appeal, No. 25.

PROBATE COURTS : DOWER ; JURISDICTION ; WAIVING RIGHT
OF APPEAL.

The Municipal Court of the city of Providence as a court of probate, May 21,
1895, assigned to the appellant dower by metes and bounds, and all parties

interested in the lands on the same day waived their right to appeal in writing. October 11, 1895, the Municipal Court made a decree setting out dower to the appellant in the same lands in a special manner, by the assignment to her of a fixed rental to be paid to her at stated periods.

### RESCRIPT.

### Filed March 4, 1896.

We think that the Municipal Court had no jurisdiction to make the decree appealed from. The former decree determined the manner in which dower should be assigned; and the parties having waived their right to appeal from it, it became final on its entry. Gen. Laws R. I. cap. 264, § 23. The revocation of its action by a probate court, under Gen. Laws R. I. cap. 209, § 11, is to be made before the time for taking an appeal has expired.

*Van Slyck & Mumford*, for appellant.
*Edwards & Angell & J. S. G. Cobb*, for appellees.